RECEIVED
FILED
ENTERED          SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 11 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JOSE RAMON CASTRO, ) <br> ) <br> Defendant. ) <br> ) | 2:12-cr-269-GMN-CWH <br><br> ORDER |

On December 7, 2012, the court granted retained counsel Michael L. Becker, Esq.'s "Motion to Withdraw as Counsel" (#28) and ordered CJA counsel appointed (#30). Therefore;

IT IS HEREBY ORDERED that the Federal Public Defender is appointed as counsel for Jose Ramon Castro in place of Michael L. Becker, Esq. for all future proceedings.

IT IS FURTHER ORDERED that Mr. Becker shall forward the file to Federal Public Defender forthwith.

DATED this 11th day of December, 2012.

Nunc Pro Tunc Date: December 7, 2012.

CARL W. HOFFMAN
United States Magistrate Judge