CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar Number 14853
SUSAN CUSHMAN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336
Fax: 702.388-6418
Susan.cushman@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSE RAMON CASTRO, <br><br> Defendant. | Case No. 2:12-cr-269-GMN-DJA <br><br> **Motion to Dismiss the Indictment Without Prejudice and Quash Warrant** |

On July 16. 2012, CASTRO was charged by complaint. ECF 1. CASTRO was released on a PR bond. ECF 7. On July 24, 2012, a federal grand jury returned an indictment charging CASTRO with Possession with Intent to Distribute a Controlled Substance in violation of 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A)(viii). ECF 10. On March 18, 2013, the defendant failed to appear for his change of plea hearing and a warrant was issued for failure to appear. ECF 43. CASTRO has never been located by the DEA, the investigating agency, and therefore the arrest warrant remains unexecuted.

…

…

…

Pursuant to Federal Rule of Criminal Procedure 48(a), the government hereby moves for leave of Court to dismiss the Indictment without prejudice and quash the arrest warrant.

Respectfully submitted this 17<u>th</u> day of June, 2021.

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

*/s/ Susan Cushman*
SUSAN CUSHMAN
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-269-JCM-DJA |
| Plaintiff, | **Proposed Order Granting Motion to Dismiss the Indictment Without Prejudice and Quash Warrant** |
| v. | |
| JOSE RAMON CASTRO, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the Indictment and quashes the Arrest Warrant against Defendant JOSE RAMON CASTRO.

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

*/s/ Susan Cushman*
SUSAN CUSHMAN
Assistant United States Attorney

**IT IS SO ORDERED.**

Dated this __9__ day of July, 2021

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT